**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **BEAU DERISE** | **CASE NO. 6:21-CV-00365** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNIVERSITY OF LOUISIANA AT LAFAYETTE ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED, consistent with the report and recommendation, that Mr. Derise's complaint is dismissed for lack of subject-matter jurisdiction; Mr. Derise's complaint is dismissed for failure to state a plausible, nonfrivolous claim on which relief can be granted; and Mr. Derise is warned that the filing of any additional frivolous lawsuits will result in his being ordered to show cause why he should not be placed on the list of sanctioned/barred litigants for this district, so that he is barred from filing any action in the United

States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the chief judge.

**THUS DONE AND SIGNED** in Chambers on this 26th day of May, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**